| | |
|---|---|
| 1 | KAREN P. HEWITT |
| | United States Attorney |
| 2 | PETER J. MAZZA |
| | Assistant U.S. Attorney |
| 3 | California State Bar No. 239918 |
| | United States Attorney's Office |
| 4 | 880 Front Street, Room 6293 |
| | San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-5528/(619) 235-2757 (Fax) |
| | Email: peter.mazza@usdoj.gov |
| 6 | |
| | Attorneys for Plaintiff |
| 7 | United States of America |

8    UNITED STATES DISTRICT COURT

9    SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 10 | UNITED STATES OF AMERICA, ) | Case No. 08CR0725-DMS |
| | ) | |
| 11 | Plaintiff, ) | |
| | ) | NOTICE OF APPEARANCE |
| 12 | v. ) | |
| | ) | |
| 13 | MARLENE LYLIANN LORENZANA (1), ) | |
| | CHRISTOPHER ANDREW ) | |
| 14 | LORENZANA (2), ) | |
| | ) | |
| 15 | Defendants. ) | |
| | ) | |
| 16 | ) | |
| | ) | |
| 17 | | |

18   TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

19   I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

20   I certify that I am admitted to practice in this court or authorized to practice under CivLR

21   83.3.c.3-4.

22   The following government attorneys (who are admitted to practice in this court or authorized

23   to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead

24   counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to

25   activity in this case:

26   <u>Name</u>

27   None

28   / / / /

1  Effective this date, <u>the following attorneys are no longer associated with this case</u> and should <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

<u>Name</u>

None

Please call me if you have any questions about this notice.

DATED: March 24, 2008

                    Respectfully submitted,

                    KAREN P. HEWITT
                    United States Attorney

                    s/ Peter J. Mazza
                    _____
                    PETER J. MAZZA
                    Assistant United States Attorney
                    Attorneys for Plaintiff
                    United States of America
                    Email: peter.mazza@usdoj.gov

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MARLENE LYLIANN LORENZANA (1),<br>CHRISTOPHER ANDREW<br>    LORENZANA (2),<br><br>    Defendants. | Case No. 08CR0725-DMS<br><br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

    I, PETER J. MAZZA, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

    I am not a party to the above-entitled action. I have caused service of a notice of appearance on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

    1. John Ellis, Esq.
    2. Karen Stevens, Esq.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on March 24, 2008.

                                          s/ Peter J. Mazza
                                          PETER J. MAZZA