1 | **JOHN C. ELLIS, JR.**
**JOHN C. ELLIS, JR.**
2 | California State Bar No. 228083
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
3 | 225 Broadway, Suite 900
San Diego, CA 92101-5008
4 | (619) 234-8467/Fax: (619) 687-2666
E-Mail: john_ellis@fd.org

Attorneys for Marlene Lyliann Lorenzana

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE DANA M. SABRAW)**

| UNITED STATES OF AMERICA, | ) | Case No. 08CR0725-DMS |
|---|---|---|
| Plaintiff, | ) | DATE: April 25, 2008 |
| | ) | TIME: 11:00 a.m. |
| v. | ) | |
| | ) | **NOTICE OF MOTIONS AND MOTIONS TO:** |
| MARLENE LYLIANN LORENZANA (1), | ) | |
| | ) | **(1) COMPEL DISCOVERY/PRESERVE EVIDENCE; AND** |
| Defendant. | ) | **(2) GRANT LEAVE TO FILE FURTHER MOTIONS.** |
| _____ | ) | |

TO:     KAREN P. HEWITT, UNITED STATES ATTORNEY; AND
         PETER MAZZA, ASSISTANT UNITED STATES ATTORNEY:

**PLEASE TAKE NOTICE** that on April 25, 2008, at 11:00 a.m., or as soon thereafter as counsel may be heard, the accused, Marlene Lyliann Lorenzana , by and through his attorneys, John C. Ellis, Jr. and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the motions outlined below.

////
////
////
////
////

**MOTIONS**

Defendant, Marlene Lyliann Lorenzana, by and through his attorneys, John C. Ellis, Jr. and Federal Defenders of San Diego, Inc., pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an order to:

(1) Compel Discovery/Preserve Evidence; and
(2) Grant Leave to File Further Motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and any and all other materials that may come to this Court's attention at or before the time of the hearing on these motions.

Respectfully submitted,

Dated: April 11, 2008

*/s/ John C. Ellis, Jr.*
**JOHN C. ELLIS, JR.**
Federal Defenders of San Diego, Inc.
Attorneys for Ms. Lorenzana
john_ellis@fd.org