**JOHN C. ELLIS, JR.**
California State Bar Number 228083
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
john_ellis@fd.org

Attorneys for Ms. Lorenzana

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE DANA M. SABRAW)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARLENE LYLIANN LORENZANA (1),<br>CHRISTOPHER ANDREW LORENZANA (2),<br><br>Defendants. | Case No. 08cr0725-DMS<br><br>**JOINT MOTION TO CONTINUE MOTION HEARING** |

Good cause appearing therefore, **IT IS HEREBY AGREED BETWEEN THE PARTIES**, John C. Ellis, Jr., and Federal Defenders of San Diego, Inc., counsel for Marlene Lorenzana, along with co-counsel Karen M. Stevens for Christopher Lorenzana, and Assistant United States Attorney Peter Mazza, that the motion hearing set for June 6, 2008 at 11:00 a.m. be rescheduled to **Friday, July 18 2008, at 11:00 a.m.**

Respectfully submitted,

DATED:    June 3, 2008         /s/ John C. Ellis, Jr.
**JOHN C. ELLIS, JR.**
Federal Defenders of San Diego, Inc.
Attorneys for Marlene Lorenzana

DATED:    June 3, 2008         /s/ Karen M. Stevens
**FRED SHEPPARD**
Attorney for Christopher Lorenzana
kstevensesq@hotmail.com

DATED:    June 3, 2008         /s/ Peter J. Mazza
**PETER J. MAZZA**
Assistant United States Attorney
peter.mazza@usdoj.gov