UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08cr0725-DMS |
| | ) | |
| v. | ) | |
| | ) | CERTIFICATE OF SERVICE |
| MARLENE LYLIANN LORENZANA (1), | ) | |
| CHRISTOPHER ANDREW LORENZANA (2), | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Joint Motion to Continue Motion Hearing has been electronically served this day upon:

    Peter Mazza, Assistant United States Attorney
    880 Front Street
    San Diego, CA  92101


Dated: June 3, 2008                                           /s/ John C. Ellis, Jr.
                                                                               JOHN C. ELLIS, JR.
                                                                               Federal Defenders
                                                                               225 Broadway, Suite 900
                                                                               San Diego, CA 92101-5030
                                                                               (619) 234-8467 (tel)
                                                                               (619) 687-2666 (fax)
                                                                               E-mail: john_ellis@fd.org