UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HON. DANA M. SABRAW)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08cr0725-DMS |
| ) | |
| Plaintiff, ) | |
| ) | ORDER GRANTING |
| v. ) | JOINT MOTION TO CONTINUE |
| ) | MOTION HEARING |
| MARLENE LYLIANN LORENZANA (1), ) | |
| CHRISTOPHER ANDREW LORENZANA (2),) | |
| ) | |
| Defendants. ) | |
| ) | |

**IT IS HEREBY ORDERED** that the joint motion to continue the motion hearing in this matter now scheduled for June 6, 2008 at 11:00 a.m. be continued until July 18, 2008 at 11:00 a.m.

**IT IS SO ORDERED**.

DATED: June 4, 2008

_____
HON. DANA M. SABRAW
United States District Judge